■ NEW YORK COMMUNITY BANK, Appellant, v ERIC FESSLER, Respondent. [930 NYS2d 465]—

The portion of the order appealed from has been superseded by an order of the same court entered April 16, 2010, made upon reargument (*see New York Community Bank v Fessler*, 88 AD3d 667 [2011] [decided herewith]). Accordingly, the appeal must be dismissed. Angiolillo, J.P., Dickerson, Hall and Cohen, JJ., concur.